PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON S. OLMSTEAD, | ) | |
| | ) | CASE NO.  1:20-CV-1603 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MICHAEL PHILLIPS, WARDEN, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| Respondent. | ) | [Regarding ECF No. 1] |

On May 31, 2023, the assigned Magistrate Judge Jennifer Dowdell Armstrong issued a Report and Recommendation denying Petitioner's request for habeas relief pursuant to 28 U.S.C. § 2254 because Petitioner's request for habeas relief is procedurally defaulted and his claims fail on the merits.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.  In the instant case, objections to the Report and Recommendation were due by June 14, 2023.  Neither party has filed objections, evidencing satisfaction with the magistrate judge's recommendations.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. ECF No. 33.  Petitioner's writ of habeas corpus petition is denied.

(1:20-CV-1603)

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed R. App. P. 22(b).


IT IS SO ORDERED.


June 23, 2023                                          /s/ Benita Y. Pearson
Date                                                         Benita Y. Pearson
                                                               United States District Judge

2